AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

Received
U.S. Marshals Service
Southern District of Iowa
3:55 pm, Nov 13 2024

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| v. | ) | Case No. 4:24-cr-156 |
| MITCH WILLIAM GROSS | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* MITCH WILLIAM GROSS,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Cts. 1-8: Wire Fraud, in violation of 18 U.S.C. § 1343.

Date: 11/13/2024

City and state: Des Moines, Iowa

WARRANT ISSUED
JOHN S. COURTER, Clerk
By: *Kendall Platt*
DEPUTY CLERK

Helen C. Adams, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 11/13/2024, and the person was arrested on *(date)* 11/22/2024
at *(city and state)* ATLANTIC, IA.

Date: 11/22/2024

*Arresting officer's signature*

SA TYLER GARENSKE
*Printed name and title*