**United States District Court for the Southern District of Iowa**

Presiding: Honorable Helen C. Adams, U.S. Magistrate Judge

Criminal No. 4:24-cr-00156-SHL-HCA           :     Clerk's Court Minutes – Initial Appearance/Arraignment

United States of America vs.  Mitch William Gross

Gov. Atty(s): Johnathan Holscher           : ☑Indictment ☐Superseding Indictment ☐Information

Def. Atty(s):  Melanie S. Keipper           : ☐Complaint ☐Warrant ☐Summons

Def. Appears: ☑In Person ☐Video Conference : Code Violation/Offense:

☐All Parties Consent to Video Proceeding : 18:1343 Wire Fraud (1-8)

Court Reporter: FTR Gold                   :

Interpreter: N/A                           :

☐Interpreter Sworn

Date: November 22, 2024

Initial Appearance Start Time: 1:08 PM     Arraignment Start Time: 1:10 PM     End Time: 1:12 PM

Initial Appearance

☑Advised of Rights                                 : ☑Appointed/Previously Appointed FPD

☐Advised of Consular Notification Rights           : ☐Appointed/Previously Appointed CJA Counsel

Requesting Consular Notification ☐Yes ☐No :       ☐Retained Counsel

☑Rule 5 Admonition Given                           :

Arraignment

Trial Scheduled for: January 6, 2025               : ☑Advised of Charges/Maximum Penalties

Rule 16 Material due: December 2, 2024             : ☑Indicted in True Name

Reciprocal Discovery due: December 12, 2024        :       True Name:

Pretrial Motions due: December 16, 2024            : ☑Reading of Indictment Waived

Plea Notification Deadline: December 16, 2024 :       Plea of Not Guilty Accepted as to Ct(s): 1-8

Plea Entry Deadline: December 23, 2024             : ☑Denied Forfeiture

Status/Scheduling Conference (Counsel Only):       ☑Defendant advised that failure to enter a plea by deadline
                                                   : may negatively impact consideration and finding regarding
                                                     reduction in offense level based upon Acceptance of
                                                     Responsibility pursuant to USSG.

Custody Status

☑Government Moved for Detention                     :

☐Defendant Waived Preliminary Examination          : Detention Hearing Set: November 27, 2024 at 2:00PM

☐Defendant Waived Detention Hearing                : Before: The Honorable Helen C. Adams

Court Ordered Defendant:                           : Courthouse: Des Moines           Room: 455

☐Released on Bond                                  : Revocation Hearing Set:

☑Detained                                          : Before:

                                                     Courthouse:                      Room:

/s/ A. Burns

Deputy Clerk